# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MOBILE BAYKEEPER, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CIVIL ACTION 14-0032-WS-M** |
| | ) |
| **U.S. ARMY CORPS OF ENGINEERS,** | ) |
| *et al.,* | ) |
| | ) |
| **Defendants,** | ) |
| | ) |
| **PLAINS SOUTHCAP INC.,** | ) |
| | ) |
| **Intervenor-Defendant.** | ) |

## JUDGMENT

In accordance with the Order entered on this date, granting the Corps Defendants' Cross-Motion for Summary Judgment (doc. 43) and Plains Southcap's Motion for Summary Judgment (doc. 45), and denying Plaintiff's Motion for Summary Judgment (doc. 38), it is **ordered, adjudged and decreed** that plaintiff shall have and take nothing, and that this action be, and the same hereby is, **dismissed with prejudice**.

DONE and ORDERED this 16th day of October, 2014.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE